## Grace T. Davidson, Appellee, v. R. G. Lydy Parking Co., Appellant.

### Gen. Nos. 43,071, 43,072.

opinion filed October 23, 1944; released for publication November 6, 1944. Perlman, Goodman, Hecht & Chesler, for appellant; Bluford, Krinsley, Schultz & Voorheis, for appellee; Victor Hedberg, of counsel. Opinion by PRESIDING JUSTICE NIEMEYER. Not to be published in full.